FILED

2026 Jun-03  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

————————————————————————X

JOHN MELENDEZ,

                    Plaintiff,

          vs.

KARL HEBERGER, SHAULI EGAR (a/k/a
"SHULI EGAR"), THE SHULI NETWORK, WHO
ARE THESE PODCASTS,

                    Defendants.

————————————————————————X

№.: 160416/2025

**AFFIDAVIT OF
PHILLIP JOSEPH RUSSO**

State of ___FLORIDA___ )
                                              )::
County of ___BREVARD___ )

I, **PHILLIP JOSEPH RUSSO,** being duly sworn, deposes and says that all of the statements contained herein are true and accurate and are stated under penalty of perjury and pursuant to CPLR 2106:

1. I am a producer for defendant *The Shuli Network* ("TSN") and work with defendant Shuli Egar.

2. My duties for TSN include monitoring, reviewing and recording plaintiff John Melendez's *publicly broadcast* video, audio, and other materials.

3. I reviewed the attached/linked video *John's proof he knew she was record.mp4* (263M), which was intentionally broadcast to the public by John Melendez, and publicly available to anyone.



*Image 1: Mr. Melendez recording himself in the video*

4. The video is dated December 16, 2024. Mr. Melendez is apparently alone in the video, recording himself. His face is visible several times, and his voice is instantly recognizable to me as Mr. Melendez's.

5. At the time, Mr. Melendez was broadcasting his show and interacting with people/viewers, and Mr. Melendez created this video to prove to his audience that he knew, consented to, and intended that his calls be recorded and the recordings provided to defendants to broadcast.

6. The link to the video is: *https://drive.google.com/file/d/1ZJoefXY5fWqG8kIALwE0MYNR3XGBes9e/view*. It is hyperlinked to this document.

7. In the video, Mr. Melendez first announces that "It is December 16," and spends much of the video establishing evidence that it is December 16. He then admits:

Case 5.26-cv-00949-HNJ    Document 1-4    Filed 06/03/26    Page 3 of 4
EXHIBIT B - Russo Affidavit - p. 2

Why am I doing this? Because **I've been talking to Kate Meaney. I know she's taping me**. We've known since the beginning. I'm trying to feed as much nonsense as possible and **will continue to do it until she hands it over to Lady K and Sh\*t Weigher** and [unintelligible]. But I'm letting you know for sure what the date is, because I don't want these people to say "Oh, John didn't know"--**I** *knew*, **from day one**. Because if someone's going to troll you, they're always going to troll you. So right now, I'll show you another way I can prove what date it is.

8. Then, Mr. Melendez turns the video to his laptop computer, and takes the viewer through his NFL football bets to confirm that the video is being created on "Monday afternoon, December 16." I have looked at my calendar and confirmed that December 16, 2024 was a Monday.

9. Mr. Melendez refers to knowing and intending that Ms. Meaney provide the phone recordings to "Lady K". I know that Mr. Melendez always uses "Lady K" as a nickname for Mr. Heberger to imply that Mr. Heberger is feminine, which Mr. Melendez considers being an insult. This is commonly known among podcasters and broadcasters who cover and report on Mr. Melendez.

10. Mr. Melendez refers to knowing and intending that Ms. Meaney provide the phone recordings to "Sh\*t Weigher". I know that Mr. Melendez uses "Sh\*t Weigher" as a nickname for Mr. Egar. This is commonly known among podcasters and broadcasters who cover and report on Mr. Melendez.



*Image 2: Mr. Melendez focuses on time on computer screen as he goes through his betting website*

11. Mr. Melendez goes on in the video to say:

> **So when she decides to release these tapes, and I'm telling her everything**, I want to bang her on top of the Eiffel Tower, anything I can think of. So there you have it. So, heh, you know, I'll keep em, **I'll keep this going**. Today if I talk to her I'm going to say that I got hired at a...well I have an interview at a TV Station for ADK here, and I got an interview at a radio station, that's the new one I'll do today. Thank you. **I also have it on text of me saying "I know you're taping me."** That I can prove as well. Thank you.

12. Mr. Melendez admits in the video that he has text message evidence that he knew the entire time that Ms. Meaney was taping their phone calls.

13. Mr. Melendez admits that he knew, consented, and intended in advance for Ms. Meaney to record their calls so he could feed her false information.

14. Mr. Melendez admits that he knew, consented, and intended in advance for Ms. Meaney to continue to record their phone calls so he could continue to feed her false information.

Case 5:26-cv-00949-HNJ    Document 1-4    Filed 06/03/26    Page 4 of 4

15. Mr. Melendez admits that he knew, consented, and intended for those recordings to be provided to the defendants Mr. Heberger, Mr. Egar, TSN, and WATP.

16. I know from TSN covering Mr. Melendez that Mr. Melendez is aware that the defendants frequently broadcast reports and commentary on Mr. Melendez.

17. I recognize the speaker and the person in the video as the plaintiff John Melendez.

18. I have reviewed the video and the link to it, and they are fair and accurate representations of Mr. Melendez's broadcast that I recorded.

I hereby state, under penalty of perjury, that foregoing is true.

PHILLIP JOSEPH RUSSO

Sworn to before me this 28 day

of AUGUST , 2025

Notary Public

WILLIAM APONTE CRUZ
Notary Public - State of Florida
Commission # HH 495730
My Comm. Expires Feb 22, 2028

- 3 -