FILED
2026 Jun-12 AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Egar et al. v. Melendez, <u>Exhibit 4</u>**
Video recorded from YouTube.com.
This video is approximately 1:54 minutes long.

(See Thumb Drive)