FILED
2026 Jun-12 AM 09:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Egar et al. v. Melendez, Exhibit 7**

Video recorded from YouTube.com.

This video is approximately 3:07 minutes long.

(See Thumb Drive)