FILED
2026 Jul-27 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| SHULI EGAR; PHILLIP J. RUSSO; and<br>TSN CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MELENDEZ,<br><br>Defendant. | Civil Action No.<br>5:26-cv-00949-HNJ |

**DEFENDANT JOHN MELENDEZ'S MOTION TO DISMISS FIRST AMENDED COMPLAINT, TO TRANSFER, TO SEVER CLAIMS, AND TO DISMISS OR STRIKE OVERBROAD EQUITABLE RELIEF**

COMES NOW, Defendant John Melendez, pursuant to Federal Rules of Civil Procedure 8, 10, 12(b)(1), 12(b)(2), 12(b)(3), 12(b)(6), 12(f), and 21, and 28 U.S.C. §§ 1367(c), 1404(a), 1406(a), and 2201, moves to dismiss the First Amended Complaint, to transfer this action, to sever claims, and to dismiss or strike overbroad equitable relief and immaterial allegations.

The grounds for this motion are set forth in Defendant's contemporaneously filed Brief in Support. Defendant also submits the Declaration of John Melendez in support of the Rule 12(b)(2), Rule 12(b)(3), and transfer requests. The declaration is not offered in support of the Rule 12(b)(6) arguments.

Respectfully submitted,

/s/Gregory H. Revera
Gregory H. Revera
ASB-2957V74G
Greg@ReveraLaw.com
*Attorney for Defendant*

**OF COUNSEL:**
Revera Law Firm
PO Box 1605
Madison, AL 35758
256-217-4554

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2026, a copy of the foregoing was sent to all counsel of record via the Court's CM/ECF system:

Jeremy A. Smith
L. Franklin Corley IV

Attorneys for Plaintiffs
**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
2101 West Clinton Avenue, Suite 102
Huntsville, Alabama 35805

Email: lfc@lanierford.com
jas@lanierford.com

/s/ Gregory H. Revera
Gregory H. Revera
Of Counsel