FILED
2026 Jul-27 PM 01:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **SHULI EGAR; PHILLIP J. RUSSO; and TSN CORP.,**<br><br>Plaintiffs,<br><br>v.<br><br>**JOHN MELENDEZ,**<br><br>Defendant. | Civil Action No. 5:26-cv-00949-HNJ |

## DECLARATION OF JOHN MELENDEZ

I, John Melendez, declare as follows:

1. I am the Defendant in this action. I am over the age of eighteen, am competent to make this declaration, and have personal knowledge of the facts stated below. If called as a witness, I could and would testify competently to those facts.

2. I have reviewed the First Amended Complaint, including its allegations concerning my residence, the internet broadcasts attributed to me, and the Digital Millennium Copyright Act ("DMCA") takedown notices attributed

to me. I submit this declaration in support of my motion to dismiss and, alternatively, to transfer this action.

3. I reside in Cape Coral, Lee County, Florida. I have resided in Florida continuously since July 2024. Before July 2024, during the earlier period addressed in the First Amended Complaint, I resided in New York or California. I have never resided in Alabama.

4. During the period relevant to this action, I did not travel to Alabama in connection with any broadcast, takedown notice, or other act alleged in the First Amended Complaint.

5. I do not maintain an office, studio, or other place of business in Alabama. I do not own or lease real property or business premises in Alabama. I have no employees in Alabama. I maintain no business operations in Alabama.

6. I was not present in Alabama and was physically located in Florida, New York, or California when I allegedly made the statements attributed to me in paragraphs 17 through 19, 84 through 85, and 87 through 89 of the First Amended Complaint.

7. The broadcasts identified in the preceding paragraph were internet programs made generally available to YouTube viewers. I did not send those

broadcasts privately or exclusively to any Alabama recipient. I did not purchase advertising specifically targeting Alabama or produce those or any broadcasts for an Alabama specific audience.

8. Any references to Alabama identified in paragraphs 17 through 19 of the First Amended Complaint occurred during generally available internet broadcasts. I did not travel to Alabama, conduct an event in Alabama, or enter into any Alabama transaction in connection with those broadcasts.

9. At the time of the statements concerning Phillip Russo alleged in paragraph 89 of the First Amended Complaint, I understood Mr. Russo to reside in Florida, not Alabama.

10. I submitted each takedown notice identified in paragraph 64 of the First Amended Complaint through YouTube's online reporting system while I was physically located outside Alabama. I submitted each notice only to YouTube and did not separately send any notice or copy to an Alabama person, business, office or governmental entity. I submitted the notices because of the content of the identified YouTube videos not because any Plaintiff was located in Alabama. Although I knew that Egar resided in Alabama, his location and TSN's location played no role in my decision to submit any takedown notice.

11. Any equipment, devices or records used in connection with the broadcasts and takedown notices are maintained at my residence in Cape Coral, Florida.

12. To my knowledge, no nonparty witness with information concerning my preparation or submission of the notices resides in Alabama.

13. The Fort Myers Division of the United States District Court for the Middle District of Florida is substantially closer to my residence than the Northern District of Alabama. Appearing in Huntsville, Alabama, would require substantial interstate travel, time away from my residence and expenses for transportation and lodging.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 25, 2026 at Cape Coral, Florida.

______________________________

**JOHN MELENDEZ**