FILED
2026 Sep-04 PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **SHULI EGAR; PHILLIP J. RUSSO, and TSN CORP.,**<br><br>**Plaintiffs,**<br><br>**-vs-**<br><br>**JOHN MELENDEZ,**<br><br>**Defendant.** | ) ) ) ) ) ) ) ) | **Civ. No.: 5:26-cv-00949-HDM** |

**DECLARATION OF SHULI EGAR ON BEHALF OF PLAINTIFF TSN CORP. AND INDIVIDUALLY**

I, Shuli Egar, declare and state:

1. My name is Shuli Egar. I am over nineteen years old and reside in Madison County, Alabama. I am the President and CEO of plaintiff TSN Corp. ("TSN"), and I have personal knowledge of the facts in this declaration.

2. TSN is an Alabama corporation formed in 2023, primarily to produce online podcasts, videos, entertainment, and in-the-moment, organic comedy material through *The Shuli Network* on YouTube.com ("YouTube").

3. One of the shows produced on *The Shuli Network* is the *Uncle Rico Show*.

4. TSN and its employees, via YouTube's monetization policies, receive income from the entertainment material it publishes, including the *Uncle Rico Show*.

4. TSN and its employees, via YouTube's monetization policies, receive income from the entertainment material it publishes, including the *Uncle Rico Show*.

5. Defendant John Melendez knew that TSN was based in Alabama. He also knew that I resided in Alabama.

6. Melendez's wrongful submission of "Takedown Notices" to YouTube caused both TSN and me economic harm and reputational damage. Specifically, when TSN's content was removed from YouTube due to the Takedown Notices submitted by Melendez, TSN lost the income that it would have received from that content on YouTube.

7. That harm and reputational damage occurred in Alabama.

8. The books, records, and other documentation that prove the economic harm suffered by TSN, myself, and other TSN employees are located in Alabama.

9. I declare under penalty of perjury that my foregoing statements in this declaration are true and correct.

09/04/2026
Date

Shuli Egar
Shuli Egar